B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re  Suzette Campbell
       Dante Campbell
                                    Debtor(s)

Case No.  12-73698

Chapter  7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __20__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 1, 2012**           Signature  /s/ Suzette Campbell
                                            **Suzette Campbell**
                                            Debtor

Date  **June 1, 2012**           Signature  /s/ Dante Campbell
                                            **Dante Campbell**
                                            Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

RECEIVED 2012 JUN 15 PM 1:17 CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of New York

In re  **Suzette Campbell**
      **Dante Campbell**
                                    Debtor(s)

Case No. 12-73698

Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> Chase Mortgage | **Describe Property Securing Debt:** <br> 1 Single Family home located <br> 14 Buston Street <br> Hempstead, NY 11550 |
| Property will be (check one): <br> ☐ Surrendered     ■ Retained <br><br> If retaining the property, I intend to (check at least one): <br> ☐ Redeem the property <br> ■ Reaffirm the debt <br> ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). <br><br> Property is (check one): <br> ☐ Claimed as Exempt     ■ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br> -NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES    ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date **June 1, 2012**         Signature  */s/ Suzette Campbell*
                                          **Suzette Campbell**
                                          Debtor

Date **June 1, 2012**         Signature  */s/ Dante Campbell*
                                          **Dante Campbell**
                                          Joint Debtor